CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
AUG 03 2011
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, </br></br>Plaintiff,</br></br>v.</br></br>JOHN M. GOODE,</br></br>Defendant. | Civil Action No. 4:11-cv-00016</br></br>**REMAND ORDER**</br></br>By: Samuel G. Wilson</br>United States District Judge |

In accordance with the memorandum opinion entered on this day, it is **ORDERED** and **ADJUDGED** that the case is **REMANDED** to the Halifax County General District Court under 28 U.S.C. § 1447. The clerk is hereby **ORDERED** to strike this case from the active docket of the court.

**ENTER:** August 3, 2011.

UNITED STATES DISTRICT JUDGE